UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 6:25-cr-33-GAP-LHP

XIAO GUANG PAN

## MOTION FOR AMENDED SUMMONS

The United States of America moves for the issuance of an amended summons directing the defendant to appear before the Court on February 14, 2025.

On February 11, 2025, the United States charged the defendant by criminal information with three counts of Use of Aircraft for the Unlawful Photographing of Defense Installation Without Authorization, in violation of 18 U.S.C. § 796.  (Doc. 1).  The Court issued a summons that same day and directed the defendant to appear for an initial appearance on March 11, 2025. (Doc. 2).

The defendant is a 71-year-old man present in the United States on a tourist visa.  He has informed the United States that he is suffering from recently emerging medical concerns and must also refill prescriptions before March 11, 2025.  His current doctor is in Canada.

The United States respectfully requests that the Court issue a new summons directing the defendant to appear on February 14, 2025, so that the defendant can resolve his initial appearance and determine appropriate conditions of release.  The United States does not anticipate seeking the defendant's detention.  The defendant

has not yet been appointed counsel—the United States makes this motion on his behalf.

                        Respectfully submitted,

                        ROGER B. HANDBERG
                        United States Attorney

By:   */s/ Richard Varadan*
      Richard Varadan
      Assistant United States Attorney
      Florida Bar No.: 1025743
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:  (407) 648-7500
      Facsimile:   (407) 648-7643
      E-mail: Richard.Varadan@usdoj.gov

U.S. v. Xiao Guang Pan             Case No. 6:25-cr-33-GAP-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, a true and correct copy of the foregoing document and the notice of electronic filing were sent by the United States to the following non-CM/ECF participant(s):

Xiao Guang Pan

>                             */s/ Richard Varadan*
>                             Richard Varadan
>                             Assistant United States Attorney
>                             Florida Bar No.: 1025743
>                             400 W. Washington Street, Suite 3100
>                             Orlando, Florida 32801
>                             Telephone:  (407) 648-7500
>                             Facsimile:   (407) 648-7643
>                             E-mail: Richard.Varadan@usdoj.gov